NUMBER 13-09-00327-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

MARIA KANZERANI F/K/A MARIA CHONG, Appellant,


v.



KYONG TAEK CHONG, Appellee. 

 ____________________________________________________________


On appeal from the 92nd District Court 


of Hidalgo County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Rodriguez and Garza


Memorandum Opinion Per Curiam


 Appellant perfected an appeal from a judgment entered by the 92nd District Court
of Hidalgo County, Texas, in cause number C-134-93-A. The parties have filed a joint
motion to withdraw the clerk's record from this cause number, 13-09-00327-CV, and re-file
it in cause number 13-09-00448-CV. 

 On June 10, 2009, appellant filed a notice of appeal of a final judgment signed on
March 13, 2009, which was assigned cause number 13-09-00327-CV. On July 30, 2009,
this Court received appellant's notice of appeal of an amended final judgment signed on
May 26, 2009, pertaining to the same matter as the March 13, 2009 final judgment and
assigned it cause number 13-09-00448-CV. The amended final judgment vacated the
March 13, 2009 final judgment.

 On August 24, 2009, this Court informed the parties that the record before the Court
in cause number 13-09-00327-CV contained no appealable judgment of March 13, 2009
and that if the defect was not cured, the case would be dismissed for want of jurisdiction. 
See Tex. R. App. P. 42.3(a), (c). In response, the parties have filed a joint motion
requesting that the Court withdraw the clerk's record from cause number 13-09-00327-CV
and re-file it in cause number 13-09-00448-CV, indicating they do not oppose dismissal of
cause number 13-09-00327-CV. 

 The Court, having considered the documents on file and the parties' joint motion,
is of the opinion that the motion should be granted. Accordingly, the motion to withdraw
the clerk's record from cause number 13-09-00327-CV and re-file it in cause number 13-09-00448-CV is hereby GRANTED and the appeal in cause number 13-09-00327 is hereby
DISMISSED. See Tex. R. App. P. 42.1(a). Costs will be taxed against appellant. See Tex.
R. App. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the
appellant."). 

 PER CURIAM

Delivered and filed the

7th day of January, 2010.